# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2013

*The Court of Appeals hereby passes the following order:*

**A12A2533.  RAYMOND L. WILLIAMS v. THE STATE.**

Raymond L. Williams filed a direct appeal from the trial court's denial of his motion to dismiss the indictment against him based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). *Sosniak v. State*, ___ Ga. ___ (2) (Case No. S12A0799, decided November 19, 2012); see also *Stevens v. State*, ___ Ga. ___ (Case No. S12A1795, decided November 27, 2012).  In reliance on this recent Supreme Court authority, the State has moved to dismiss Williams's appeal.  The State's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/31/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*